IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DETRAIL L. WILLIAMS,

     Petitioner,

v.                                                    4:23cv43–WS/ZCB

RICKY D. DIXON,

     Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

     Before the court is the magistrate judge's report and recommendation (ECF No. 18) docketed June 21, 2024. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be dismissed as untimely. Petitioner has filed objections (ECF No. 21) to the magistrate judge's report and recommendation.

     Upon review of the record in light of Petitioner's objections, the undersigned has determined that the magistrate judge's report and recommendation is due to be adopted based on the untimeliness of Petitioner's petition for writ of habeas

corpus. Like the magistrate judge, the undersigned finds that Petitioner has failed to establish that he filed his habeas petition in a timely manner. He has also failed to establish a tenable actual-innocence gateway to overcoming the statute-of-limitations bar to consideration of his claims. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 18) is hereby ADOPTED and incorporated by reference into this order.

2. Respondent's motion to dismiss (ECF No. 13) is GRANTED.

3. Petitioner's petition for writ of habeas corpus (ECF No. 1) is DISMISSED with prejudice as time barred.

4. The clerk shall enter judgment stating: "The petitioner's petition for writ of habeas corpus is DISMISSED with prejudice."

5. A certificate of appealability is DENIED.

DONE AND ORDERED this ____26th_____ day of ___August___, 2024.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE